IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 12-14041 |
| **RICHARD E. BEATTY** and | ) | **CHAPTER 7** |
| **CATHERINE D. BEATTY,** | ) | |
| Debtor(s). | ) | **JUDGE BRUCE W. BLACK** |
| | ) | (Joliet) |

**TRUSTEE'S CERTIFICATE OF SERVICE
FOR NOTICE OF TRUSTEE'S FINAL REPORT**

To:    **See Attached Service List**

**PROOF OF SERVICE**

I, the undersigned attorney, certify that I served a copy of this Notice and attached Motion upon the person(s) listed above by mailing the same in a properly addressed envelope, postage prepaid, and placed in a U.S. depository in Oswego, Illinois on the 1st day of July, 2016, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid document with the Bankruptcy Clerk of the Court.

    /s/ Peter N. Metrou
    **Bankruptcy Trustee**

Prepared by:
**PETER N. METROU**
Metrou & Associates, P.C.
123 W. Washington St., Ste. 216
Oswego, Illinois 60543
(630) 551-7171

| | | |
|---|---|---|
| (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 | (p)MARLIN MEDCLR INOVISION<br>507 PRUDENTIAL ROAD<br>HORSHAM PA 19044-2308 | (p)MERCANTILE ADJUSTMENT BUREAU<br>PO BOX 9016<br>WILLIAMSVILLE NY 14231-9016 |
| A/R Concepts, Inc.<br>33 W. Higgins Road, Suite 715<br>South Barrington, IL 60010-9103 | Armor Systems Co.<br>1700 Kiefer Drive, Suite 1<br>Zion, IL 60099-5105 | Arrow Financial<br>5996 W. Touhy Avenue<br>Niles, IL 60714-4610 |
| Associated Radiologists Of Joliet<br>1200 Maple Road, Suite 3309<br>Joliet, IL 60432-1439 | Bass & Associates<br>3936 Ft. Lowell Road, Suite 200<br>Tucson, AZ 85712-1083 | Beatty Richard E<br>424 W Francis Road<br>New Lenox, IL 60451-1013 |
| Blitt & Gaines<br>661 Glenn Avenue<br>Wheeling, IL 60090-6017 | Brian P. Tinny, DDS, Ltd.<br>1049 East Haven Avenue, Suite 3<br>New Lenox, IL 60451-1994 | Chase Bank USA<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 |
| Chase Bank USA<br>P.O. Box 24696<br>Columbus, OH 43224-0696 | Chase Home Finance<br>P.O. Box 78420<br>Phoenix, AZ 85062-8420 | Citifinancial Auto<br>5550 LBJ Freeway, Suite 901<br>Dallas, TX 75240-2342 |
| Costello, McMahon, Burke & Murphy, Ltd<br>150 North Wacker Drive<br>Suite 3050<br>Chicago, IL 60606-1660 | Creditors Collection Bureau<br>755 Almar Parkway<br>Bourbonnais, IL 60914-2393 | Creditors Discount & Aud<br>415 E. Main Street<br>Streator, IL 61364-2927 |
| Dependon Collection Service<br>P.O. Box 4833<br>Oak Brook, IL 60522-4833 | Dr. Calimag<br>250 E. Maple Street<br>New Lenox, IL 60451-1877 | Dr. Farell<br>1300 Copperfield Avenue, Suite 4040<br>Joliet, IL 60432-2005 |
| eCAST Settlement Corporation<br>POB 35480<br>Newark NJ 07193-5480 | eCAST Settlement Corporation, assignee<br>of HSBC Bank Nevada and its Assigns<br>POB 35480<br>Newark, NJ 07193-5480 | EM Strategies<br>1111 East Warrenville Road<br>Naperville, IL 60563-1400 |
| Enhanced Recovery Company<br>8014 Bayberry Road<br>Jacksonville, FL 32256-7412 | ER Solutions<br>800 SW 39th Street<br>Renton, WA 98057-4975 | Forefront Adult & Pediatric Care<br>19621 LaGrange Road<br>Mokena, IL 60448-9360 |
| GE Capital/Mohawk<br>P.O. Box 965036<br>Orlando, FL 32896-5036 | GEMB/JC Penney<br>P.O. Box 965007<br>Orlando, FL 32896-5007 | H & R Accounts, Inc.<br>7017 John Deere Parkway<br>Moline, IL 61265-8072 |

| | | |
|---|---|---|
| Health Service Systems Inc<br>C/O H and R Accounts Inc<br>PO Box 672<br>Moline, IL 61266-0672 | Health Service Systems, Inc.<br>1200 Maple Road<br>Joliet, IL 60432-1439 | HSBC Bank Nevada<br>P.O. Box 5253<br>Carol Stream, IL 60197-5253 |
| Illinois Collection Service<br>P.O. Box 1010<br>Tinley Park, IL 60477-9110 | JPMorgan Chase Bank, National Association<br>c/o Codilis and Associates<br>15W030 North Frontage Road<br>Suite 100<br>Burr Ridge, IL 60527-6921 | KCA Financial Services<br>628 North Street<br>Geneva, IL 60134-1356 |
| Ladewig and Ladewig PC<br>5600 W 127th Street<br>Crestwood, IL 60445-1074 | Lincolnway Medical Associates<br>250 E. Maple Street<br>New Lenox, IL 60451-1877 | Medical Business Bureau<br>1460 Renaissance Drive<br>Park Ridge, IL 60068-1349 |
| Mercantile Collections<br>8500 Algoma NE, #4<br>Rochester, MI  49341 | NovaCare<br>17517 80th Avenue<br>Tinley Park, IL 60477-6501 | Palisades Collection, LLC<br>P.O. Box 1244<br>Englewood Cliffs, NJ 07632-0244 |
| Palisades Collections, LLC<br>Vativ Recovery Solutions LLC<br>As Agent For Palisades Collections, LLC<br>PO Box 40728<br>Houston TX 77240-0728 | Parkview Musculoskeletal Institute<br>1300 Copperfield Avenue, Suite 4040<br>Joliet, IL 60432-2005 | Pathology Laboratory Consultants, S.C.<br>6965 Reliable Parkway<br>Chicago, IL 60686-0069 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Penn Foster College<br>14300 N. Northsight Blvd., Suite 120<br>Scottsdale, AZ 85260-3674 | Pentagroup Financial<br>5959 Corporate Drive, Suite 1400<br>Houston, TX 77036-2311 |
| Peter N Metrou<br>Metrou & Associates PC<br>123 W Washington St Suite 216<br>Oswego, IL 60543-1049 | Provena St. Jospeh Medical Center<br>333 N. Madison Street<br>Joliet, IL 60435-8233 | Renata J. Variakojis MD SC<br>7600 W. College Drive, #2<br>Palos Heights, IL 60463-1035 |
| Richard E. Beatty<br>424 W. Francis Road<br>New Lenox, IL 60451-1013 | Santander Consumer USA<br>P.O. Box 961245<br>Ft. Worth, TX 76161-0244 | Scott L Ladewig<br>Ladewig and Ladewig, P.C.<br>5600 W 127th St<br>Crestwood, IL 60445-1074 |
| Sertoma Speech And Hearing Center<br>10409 S. Roberts Road<br>Palos Hills, IL 60465-1931 | Silver Cross Hospital<br>1200 Maple Road<br>Joliet, IL 60432-1497 | Silver Cross Hospital<br>12701 W. 143rd Street<br>Homer Glen, IL 60491-7720 |
| Southwest Pediatrics, Ltd.<br>8100 W. 119th Street<br>Palos Park, IL 60464-1061 | Sprint<br>6391 Sprint Parkway<br>Overland Park, KS  66251-4300 | State Collection Service<br>2509 S. Stoughton Road<br>Madison, WI 53716-3314 |

Transworld Systems, Inc.
999 N. Plaza Drive
Schaumburg, IL 60173-6022

Vision Financial Service
1900 Whirlpool Drive
LaPorte, IN 46350-2708