UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| In re: | § | |
| --- | --- | --- |
| | § | |
| RICHARD E. BEATTY | § | Case No. 12-14041 |
| CATHERINE D. BEATTY | § | |
| | § | |
| | § | |
| Debtors | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 164,244.71                    Assets Exempt: 52,300.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 20,356.02     Claims Discharged
                                                Without Payment: 282,344.74

Total Expenses of Administration: 24,611.27

---

3) Total gross receipts of $ 60,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,032.71 (see **Exhibit 2**), yielded net receipts of $ 44,967.29 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 216,343.71 | $ 14,333.33 | $ 14,333.33 | $ 14,333.33 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 24,611.27 | 24,611.27 | 24,611.27 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 71,625.04 | 12,163.47 | 12,163.47 | 6,022.69 |
| **TOTAL DISBURSEMENTS** | $ 287,968.75 | $ 51,108.07 | $ 51,108.07 | $ 44,967.29 |

    4)  This case was originally filed under chapter 7 on  04/05/2012 .  The case was pending for 55 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/03/2016                             By:/s/Peter N. Metrou, Trustee
                                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| PI Case | 1242-000 | 60,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 60,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| BEATTY, RICHARD E. | Exemptions | 8100-002 | 15,032.71 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 15,032.71** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Honda Finance 2170 Point Blvd., Suite 100 Elgin, IL 60123 | | 0.00 | NA | NA | 0.00 |
| | American Honda Finance Corporation P.O. Box 5308 Elgin, IL 60121-5308 | | 2,344.71 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Bank USA P.O. Box 24696 Columbus, OH 43224-0696 | | 0.00 | NA | NA | 0.00 |
| | Chase Home Finance P.O. Box 78420 Phoenix, AZ 85062-8420 | | 213,999.00 | NA | NA | 0.00 |
| | AUTO CLUB INSURANCE ASSOCIATION | 4210-000 | NA | 3,333.33 | 3,333.33 | 3,333.33 |
| | LINCOLNWAY MEDICAL ASSOCIATES | 4210-000 | NA | 2,000.00 | 2,000.00 | 2,000.00 |
| | SILVER CROSS HOSPITAL | 4210-000 | NA | 9,000.00 | 9,000.00 | 9,000.00 |
| **TOTAL SECURED CLAIMS** | | | $ 216,343.71 | $ 14,333.33 | $ 14,333.33 | $ 14,333.33 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 5,246.73 | 5,246.73 | 5,246.73 |
| Peter N. Metrou | 2200-000 | NA | 147.09 | 147.09 | 147.09 |
| Costello | 3210-000 | NA | 18,000.00 | 18,000.00 | 18,000.00 |
| Costello | 3220-000 | NA | 1,217.45 | 1,217.45 | 1,217.45 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 24,611.27 | $ 24,611.27 | $ 24,611.27 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A/R Concepts, Inc. 33 W. Higgins Road, Suite 715 South Barrington, IL 60010 | | 1,152.45 | NA | NA | 0.00 |
| | Armor Systems Co. 1700 Kiefer Drive, Suite 1 Zion, IL 60099 | | 14.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Armor Systems Co. 1700 Kiefer Drive, Suite 1 Zion, IL 60099 | | 22.00 | NA | NA | 0.00 |
| | Arrow Financial 5996 W. Touhy Avenue Niles, IL 60714 | | 5,860.00 | NA | NA | 0.00 |
| | Associated Radiologists Of Joliet 1200 Maple Road, Suite 3309 Joliet, IL 60432 | | 0.00 | NA | NA | 0.00 |
| | Bass & Associates 3936 Ft. Lowell Road, Suite 200 Tucson, AZ 85712 | | 639.91 | NA | NA | 0.00 |
| | Blitt & Gaines 661 Glenn Avenue Wheeling, IL 60090 | | 0.00 | NA | NA | 0.00 |
| | Brian P. Tinny, DDS, Ltd. 1049 East Haven Avenue, Suite 3 New Lenox, IL 60451 | | 435.90 | NA | NA | 0.00 |
| | Chase Bank USA P.O. Box 15298 Wilmington, DE 19850 | | 8,815.00 | NA | NA | 0.00 |
| | Citifinancial Auto 5550 LBJ Freeway, Suite 901 Dallas, TX 75240 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditors Collection Bureau 755 Almar Parkway Bourbonnais, IL  60914 | | 402.00 | NA | NA | 0.00 |
| | Creditors Discount & Aud 415 E. Main Street Streator, IL 61364 | | 600.00 | NA | NA | 0.00 |
| | Dependon Collection Service P.O. Box 4833 Oak Brook, IL 60522 | | 925.00 | NA | NA | 0.00 |
| | Dr. Calimag 250 E. Maple Street New Lenox, IL  60451 | | 0.00 | NA | NA | 0.00 |
| | Dr. Farell 1300 Copperfield Avenue, Suite 4040 Joliet, IL 60432 | | 0.00 | NA | NA | 0.00 |
| | EM Strategies 1111 East Warrenville Road Naperville, IL  60563 | | 0.00 | NA | NA | 0.00 |
| | EM Strategies 1111 East Warrenville Road Naperville, IL  60563 | | 0.00 | NA | NA | 0.00 |
| | Enhanced Recovery Company 8014 Bayberry Road Jacksonville, FL  32256-7412 | | 1,121.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ER Solutions 800 SW 39th Street Renton, WA 98057 | | 1,121.00 | NA | NA | 0.00 |
| | Forefront Adult & Pediatric Care 19621 LaGrange Road Mokena, IL 60448 | | 200.00 | NA | NA | 0.00 |
| | Forefront Adult & Pediatric Care 19621 LaGrange Road Mokena, IL 60448 | | 75.00 | NA | NA | 0.00 |
| | GE Capital/Mohawk P.O. Box 965036 Orlando, FL 32896 | | 1,994.00 | NA | NA | 0.00 |
| | GEMB/JC Penney P.O. Box 965007 Orlando, FL 32896 | | 557.00 | NA | NA | 0.00 |
| | Health Service Systems, Inc. 1200 Maple Road Joliet, IL 60432 | | 0.00 | NA | NA | 0.00 |
| | HSBC Bank Nevada P.O. Box 5253 Carol Stream, IL 60197 | | 5,466.00 | NA | NA | 0.00 |
| | Illinois Collection Service P.O. Box 1010 Tinley Park, IL 60477 | | 1,160.00 | NA | NA | 0.00 |
| | KCA Financial Services 628 North Street Geneva, IL 60134 | | 3,533.46 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lincolnway Medical Associates 250 E. Maple Street New Lenox, IL 60451 | | 500.00 | NA | NA | 0.00 |
| | Medical Business Bureau 1460 Renaissance Drive Park Ridge, IL 60068 | | 580.00 | NA | NA | 0.00 |
| | Mercantile Adjustment Bureau 803 West Avenue Rochester, NY 14611 | | 734.54 | NA | NA | 0.00 |
| | Mercantile Collections 8500 Algoma NE, #4 Rochester, MI 49341 | | 0.00 | NA | NA | 0.00 |
| | NCO Financial P.O. Box 13570 Philadelphia, PA 19101 | | 382.00 | NA | NA | 0.00 |
| | NCO Financial P.O. Box 13570 Philadelphia, PA 19101 | | 327.00 | NA | NA | 0.00 |
| | NovaCare 17517 80th Avenue Tinley Park, IL 60477 | | 2,080.00 | NA | NA | 0.00 |
| | Parkview Musculoskeletal Institute 1300 Copperfield Avenue, Suite 4040 Joliet, IL 60432 | | 500.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pathology Laboratory Consultants, S.C. 6965 Reliable Parkway Chicago, IL 60686 | | 75.00 | NA | NA | 0.00 |
| | Penn Foster College 14300 N. Northsight Blvd., Suite 120 Scottsdale, AZ 85260 | | 1,337.34 | NA | NA | 0.00 |
| | Pentagroup Financial 5959 Corporate Drive, Suite 1400 Houston, TX 77036 | | 1,289.00 | NA | NA | 0.00 |
| | Provena St. Jospeh Medical Center 333 N. Madison Street Joliet, IL 60435 | | 0.00 | NA | NA | 0.00 |
| | Renata J. Variakojis MD SC 7600 W. College Drive, #2 Palos Heights, IL 60463 | | 0.00 | NA | NA | 0.00 |
| | Santander Consumer USA P.O. Box 961245 Ft. Worth, TX 76161 | | 12,569.00 | NA | NA | 0.00 |
| | Sertoma Speech And Hearing Center 10409 S. Roberts Road Palos Hills, IL 60465 | | 290.00 | NA | NA | 0.00 |
| | Silver Cross Hospital 1200 Maple Road Joliet, IL 60432 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Silver Cross Hospital 1200 Maple Road Joliet, IL 60432 | | 0.00 | NA | NA | 0.00 |
| | Silver Cross Hospital 1200 Maple Road Joliet, IL 60432 | | 0.00 | NA | NA | 0.00 |
| | Silver Cross Hospital 1200 Maple Road Joliet, IL 60432 | | 0.00 | NA | NA | 0.00 |
| | Silver Cross Hospital 1200 Maple Road Joliet, IL 60432 | | 0.00 | NA | NA | 0.00 |
| | Silver Cross Hospital 12701 W. 143rd Street Homer Glen, IL 60491 | | 500.00 | NA | NA | 0.00 |
| | Southwest Pediatrics, Ltd. 8100 W. 119th Street Palos Park, IL 60464 | | 0.00 | NA | NA | 0.00 |
| | Sprint 6391 Sprint Parkway Overland Park, KS 66251-4300 | | 0.00 | NA | NA | 0.00 |
| | Sprint 6391 Sprint Parkway Overland Park, KS 66251-4300 | | 0.00 | NA | NA | 0.00 |
| | State Collection Service 2509 S. Stoughton Road Madison, WI 53716 | | 3,533.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Transworld Systems, Inc. 999 N. Plaza Drive Schaumburg, IL 60173 | | 128.65 | NA | NA | 0.00 |
| | Vision Financial Service 1900 Whirlpool Drive LaPorte, IN 46350 | | 327.00 | NA | NA | 0.00 |
| | Vision Financial Service 1900 Whirlpool Drive LaPorte, IN 46350 | | 382.00 | NA | NA | 0.00 |
| | Vision Financial Service 1900 Whirlpool Drive LaPorte, IN 46350 | | 232.00 | NA | NA | 0.00 |
| 1 | ECAST SETTLEMENT CORPORATION, ASSIG | 7100-000 | 639.00 | 639.91 | 639.91 | 316.85 |
| 2 | HEALTH SERVICE SYSTEMS INC | 7100-000 | 2,310.00 | 2,300.55 | 2,300.55 | 1,139.11 |
| 3 | PALISADES COLLECTIONS, LLC | 7100-000 | 8,815.79 | 9,223.01 | 9,223.01 | 4,566.73 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 71,625.04 | $ 12,163.47 | $ 12,163.47 | $ 6,022.69 |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 12-14041 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | RICHARD E. BEATTY | | | | Date Filed (f) or Converted (c): | 04/05/2012 (f) |
| | CATHERINE D. BEATTY | | | | 341(a) Meeting Date: | 04/30/2012 |
| For Period Ending: | 10/03/2016 | | | | Claims Bar Date: | 08/06/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family home located at 424 W. Francis Road, | 161,900.00 | 0.00 | | 0.00 | FA |
| 2. Cash on hand | 50.00 | 0.00 | | 0.00 | FA |
| 3. Chase Bank - checking account | 100.00 | 0.00 | | 0.00 | FA |
| 4. Furniture and furnishings | 500.00 | 0.00 | | 0.00 | FA |
| 5. Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 6. Pension through Local 299 Pension Fund | 19,000.00 | 0.00 | | 0.00 | FA |
| 7. Pension through University of Illinois (former emp | 5,000.00 | 0.00 | | 0.00 | FA |
| 8. 2007 Honda Accord EX automobile (54,000 miles) | 6,900.00 | 0.00 | | 0.00 | FA |
| 9. 2008 Chevrolet Impala automobile (82,000 miles) | 7,562.00 | 0.00 | | 0.00 | FA |
| 10. PI Case                               (u) | 25,000.00 | 60,000.00 | | 60,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $226,512.00        $60,000.00        $60,000.00        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

PI case settled. Claims review in process.

RE PROP #        10   --   PI case originally undisclosed then amended schedule filed.  Proceeds from PI Case
                                 arrpoved by settlement and court order.

Initial Projected Date of Final Report (TFR): 12/30/2013        Current Projected Date of Final Report (TFR): 09/30/2016

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 12-14041 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: RICHARD E. BEATTY | Bank Name: Associated Bank |
| CATHERINE D. BEATTY | Account Number/CD#: XXXXXX5470 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX4964 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 10/03/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/31/15 | 10 | STATE FARM INSURANCE Great Lakes | Settlement per court order | 1242-000 | $60,000.00 | | $60,000.00 |
| 11/18/15 | 5001 | COSTELLO 150 N. Wacker Dr.Ste. 3050Chicago, IL 60606 | spec csl fees per o/c 9/18/15 | | | $19,217.45 | $40,782.55 |
| | | Costello | ($18,000.00) | 3210-000 | | | |
| | | Costello, | ($1,217.45) | 3220-000 | | | |
| 11/18/15 | 5002 | BEATTY, RICHARD E. 424 W. FRANCIS ROADNEW LENOX, IL 60451 | Debtor exemptions | 8100-002 | | $15,032.71 | $25,749.84 |
| 11/18/15 | 5003 | AUTO CLUB INSURANCE ASSOCIATION c/oTrover Solutions Inc.P.O. Box 36220Louisville, KY 40233-6220 | Per o/c 9/18/15 | 4210-000 | | $3,333.33 | $22,416.51 |
| 11/18/15 | 5004 | LINCOLNWAY MEDICAL ASSOCIATES 250 E. Maple StreetNew Lenox, IL 60451-1877 | Per o/c 9/18/15 | 4210-000 | | $2,000.00 | $20,416.51 |
| 11/18/15 | 5005 | SILVER CROSS HOSPITAL 1200 Maple RoadJoliet, IL 60432-1497 | Per o/c 9/18/15 | 4210-000 | | $9,000.00 | $11,416.51 |
| 08/15/16 | 5006 | Peter N. Metrou 123 W. Washington St., Ste 216 Oswego, IL 60543 | Distribution | | | $5,393.82 | $6,022.69 |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order.   ($5,246.73) | 2100-000 | | | |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order.   ($147.09) | 2200-000 | | | |
| 08/15/16 | 5007 | ECAST SETTLEMENT CORPORATION, ASSIG of HSBC Bank Nevada and its Assigns POB 35480 Newark, NJ 07193-5480 | Final distribution to claim 1 representing a payment of 49.51 % per court order. | 7100-000 | | $316.85 | $5,705.84 |

| | | | | Page Subtotals: | $60,000.00 | $54,294.16 | |

UST Form 101-7-TDR (10/1/2010) (Page: 14)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 12-14041  
Case Name: RICHARD E. BEATTY  
CATHERINE D. BEATTY  
Taxpayer ID No: XX-XXX4964  
For Period Ending: 10/03/2016  

Trustee Name: Peter N. Metrou, Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX5470  
Checking Account (Non-Interest Earn  
Blanket Bond (per case limit): $1,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/15/16 | 5008 | HEALTH SERVICE SYSTEMS INC<br>C/O H and R Accounts Inc<br>PO Box 672<br>Moline, IL  61265 | Final distribution to claim 2 representing a payment of 49.51 % per court order. | 7100-000 | | $1,139.11 | $4,566.73 |
| 08/15/16 | 5009 | PALISADES COLLECTIONS, LLC<br>Vativ Recovery Solutions LLC<br>As Agent For Palisades Collections, LLC<br>PO Box 40728<br>Houston, TX  77240 | Final distribution to claim 3 representing a payment of 49.51 % per court order. | 7100-000 | | $4,566.73 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $60,000.00 | $60,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $60,000.00 | $60,000.00 |
| Less: Payments to Debtors | $0.00 | $15,032.71 |
| Net | $60,000.00 | $44,967.29 |

Page Subtotals: $0.00   $5,705.84

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5470 - Checking Account (Non-Interest Earn | $60,000.00 | $44,967.29 | $0.00 |
| | $60,000.00 | $44,967.29 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $60,000.00 |
| Total Gross Receipts: | $60,000.00 |

Page Subtotals:    $0.00    $0.00